

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Demitres Coleman, Appellant

No. 06-16-00002-CR     v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 15F0535-005). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating. Concurring Opinion by Justice Burgess.

      As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

      We note that the appellant, Demitres Coleman, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 27, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk